IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22cr10250-AK |
| | ) | |
| KEHINDE HUSSEIN OYETUNJI, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S MOTION TO UNSEAL**
**INFORMATION, PLEA AGREEMENT, AND RELATED DOCKET ENTRIES**

The United States of America hereby moves this Court to direct that the information, plea agreement, and all docket entries related to the defendant's guilty plea be unsealed. In support of this motion, the government submits that the need to seal the information, plea agreement, and related docket entries in this matter no longer exists because the defendant's co-conspirator, Matthew Akande, was arrested in the United Kingdom on or about October 15, 2024 at the request of the United States.

                                                  Respectfully submitted,

                                                  JOSHUA S. LEVY
                                                  Acting United States Attorney

By:   *James R. Drabick*
        James R. Drabick
        Assistant U.S. Attorney

        Date: November 12, 2024